IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHERWOOD SIMMONS                                        PLAINTIFF

v.                          No. 2:13-cv-69-DPM

STACY BARKER, Sheriff, Woodruff County
Detention Center; JODY AKTINS, Woodruff County
Detention Center; and TERRY MEAPE, Jail
Administrator, Woodruff County Detention Center        DEFENDANTS

JUDGMENT

Simmons's mail-related claim is dismissed with prejudice. To the extent his

complaint contains other claims, those claims are dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_____21 June 2013_____