IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**SHERWOOD SIMMONS**                                                **PLAINTIFF**

v.                             No. 2:13-cv-69-DPM

**STACY BARKER, Sheriff, Woodruff County
Detention Center; JODY AKTINS, Woodruff County
Detention Center; and TERRY MEAPE, Jail
Administrator, Woodruff County Detention Center**        **DEFENDANTS**

## JUDGMENT

Simmons's mail-related claim is dismissed with prejudice. To the extent his complaint contains other claims, those claims are dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 June 2013